IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANGEL MOISES RODRIGUEZ GOMEZ, | * |
| Petitioner, | * |
| v. | Case No. 4:22-CV-172-CDL-MSH |
| | * |
| Warden RUSSELL WASHBURN, *et al.,* | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 15, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of May, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk